# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BRIAN P. MANOOKIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:19-cv-00350 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| FLOYD FLIPPIN et al., ) | MAGISTRATE JUDGE NEWBERN |
| ) | |
| Defendants. ) | |

## ORDER

On October 29, 2019, the Court issued an Order, denying Plaintiff's motion for a temporary restraining order and ordering Defendants to respond to the motion for preliminary injunction. (Doc. No. 47). In the Order, the Court mistakenly stated that Plaintiff omitted to mention that the Tennessee Supreme Court reinstated the temporary suspension of his law license on October 11, 2019. The Plaintiff did include that fact in his memorandum of law. (Doc. No. 44-1 at 9). The Court apologizes for the mistake. The result of the Order remains unchanged.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE