# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **BRIAN P. MANOOKIAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | NO: 3:19-cv-0350 |
| ) | |
| **FLOYD FLIPPIN, in his official and** ) | |
| **individual capacities; DANA DYE, in her** ) | |
| **official and individual capacities; JOHN** ) | |
| **KITCH, in his official and individual** ) | |
| **capacities; JOE LOONEY, in his official** ) | |
| **and individual capacities; ODELL** ) | |
| **HORTON, JR., in his official and** ) | |
| **individual capacities; RUTH ELLIS, in** ) | |
| **her official and individual capacities;** ) | |
| **JODY PICKINS, in her official and** ) | |
| **individual capacities; BRIDGET J.** ) | |
| **WILLHITE, in her official and individual** ) | |
| **capacities; and JIMMIE MILLER, in her** ) | |
| **official and individual capacities,** ) | |
| ) | |
| **Defendants.** | |

## NOTICE OF WITHDRAWAL OF COUNSEL FOR ALL DEFENDANTS

The undersigned hereby gives notice of his individual withdrawal as counsel for all defendants in both their official and their individual capacities. The office of the Tennessee Attorney General will continue to represent all defendants. Jonathan N. Wike, Senior Assistant Attorney General, filed a notice of appearance of lead counsel on June 22, 2020, at Document 63.

Respectfully Submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

s/Talmage M. Watts
TALMAGE M. WATTS (#015298)
Senior Assistant Attorney General
Attorney General's Office – Tax Division
P.O. Box 20207
Nashville, TN 37202-0207
(615) 741-6431 telephone
(615) 532-2571 fax
talmage.watts@ag.tn.gov

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Notice of Withdrawal has been served on all persons listed below by means of the Court's electronic notification system.

| | |
|---|---|
| Daniel Horwitz (#032176)<br>1803 Broadway, Suite #531<br>Nashville, TN 37203<br>daniel.a.horwitz@gmail.com<br><br>*Local Pro Bono Counsel for Plaintiff*<br><br>Jonathan N. Wike<br>Senior Assistant Attorney General<br>Attorney General's Office<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>(615) 741-7404 telephone<br>(615) 532-2571 fax<br>jon.wike@ag.tn.gov<br><br>*Counsel for Defendants* | Jarod Bona<br>Aaron Gott<br>David C. Codell, of counsel<br>BONA LAW PC<br>4275 Executive Square, Suite 200<br>La Jolla, CA 92037<br>jarod.bona@bonalawpc.com<br>aaron.gott@bonalawpc.com<br>david@codell.com<br><br>*Counsel for Plaintiff* |

on this the 29th day of June 2020.

/s Talmage M. Watts
TALMAGE M. WATTS
Senior Assistant Attorney General

2