IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIAN P. MANOOKIAN,<br><br>        *Plaintiff,*<br><br>vs.<br><br>FLOYD FLIPPIN et al.,<br><br>        *Defendants.* | Civil Action No. 3:19-cv-00350<br><br>Judge William L. Campbell, Jr. |

## NOTICE OF APPEAL

Notice is hereby given of Plaintiff Brian P. Manookian's appeal to the U.S. Court of Appeals for the Sixth Circuit from this Court's February 28, 2002 order (Dkt. 59) on defendants' motion to dismiss (Dkt. 23) and plaintiff's motion for temporary restraining order and/or preliminary injunction (Dkt. 44). The Court's order was initially filed February 28, 2020 and is or will be deemed entered July 27, 2020 under Fed. R. App. P. 4(a)(7)(A)(ii). This notice of appeal, timely filed within 30 days of July 27, 2020, is filed without prejudice to the arguments made by plaintiff in his motion to enforce judgment on certain dismissed claims under Fed. R. Civ. P. 54(b) (Dkt. 44).

                                                      Respectfully submitted,

Date: August 24, 2020            *s/ Aaron Gott*
                                                AARON GOTT
                                                Aaron Gott (admitted *pro hac vice*)
                                                aaron.gott@bonalawpc.com

                                                BONA LAW PC

15 S. 9th Street, Suite 239
Minneapolis, MN 55402
(612) 284-5001

Jarod Bona (admitted *pro hac vice*)
David Codell (admitted *pro hac vice*)
4275 Executive Square, Suite 200
La Jolla, CA 92037
(858) 964-4589
jarod.bona@bonalawpc.com
david.codell@codell.com
*Counsel for Plaintiff*

Daniel Horwitz
Tennessee Bar No. 032176
1803 Broadway, Suite #531
Nashville, TN 37203
(615) 739-2888
daniel.a.horwitz@gmail.com
*Local Pro Bono[1] Counsel for Plaintiff*

---

1. Any attorney's fee awarded to Mr. Manookian and earned by Mr. Horwitz shall be donated to the First Amendment Center.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Notice of Appeal has been served on the persons listed below by means of this Court's filing system:

    Jonathan N. Wike
    Senior Assistant Attorney General
    Attorney General's Office – Tax Division
    P.O. Box 20207
    Nashville, TN 37202-0207
    (615) 741-7404 telephone
    jon.wike@ag.tn.gov

    *Counsel for Defendants*

on this 24th day of August 2020.

    *s/Aaron Gott*
    AaronGott