**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 26, 2020

Mr. Aaron Gott
Bona Law
4275 Executive Square
Suite 200
La Jolla, CA 92037

Mr. Daniel Alexander Horwitz
Law Office
1803 Broadway
Suite 531
37203
Nashville, TN 37203

Re: Case No. 20-5979, *Brian Manookian v. Floyd Flippin, et al*
Originating Case No. : 3:19-cv-00350

Dear Counsel,

   This appeal has been docketed as case number **20-5979** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **September 9, 2020**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|  |  |
|---|---|
| Appellant: | Appearance of Counsel |
|  | Civil Appeal Statement of Parties & Issues |
|  | Disclosure of Corporate Affiliations |

        Transcripts
        Application for Admission to 6th Circuit Bar (if applicable)

        Appearance of Counsel
  Appellee: Disclosure of Corporate Affiliations
        Application for Admission to 6th Circuit Bar (if applicable)

  More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

        Sincerely yours,

        s/Sharday S. Swain
        Case Manager
        Direct Dial No. 513-564-7027

cc:  Mr. Jonathan Neil Wike

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 20-5979

BRIAN MANOOKIAN

    Plaintiff - Appellant

v.

FLOYD S. FLIPPIN, in his official and individual capacities; DANA L. DYE, in her official and individual capacities; JOHN DANIEL KITCH, in his official and individual capacities; JOE MICHAEL LOONEY, in his official and individual capacities; ODELL HORTON, JR., in his official and individual capacities; RUTH T. ELLIS, in her official and individual capacities; JODY PICKENS, in her official and individual capacities; BRIDGET J. WILLHITE, in her official and individual capacities; JIMMIE MILLER, in her official and individual capacities

    Defendants - Appellees