IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRIAN P. MANOOKIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:19-cv-00350 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| FLOYD FLIPPIN et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Plaintiff's Motion for Entry of Judgment on Certain Dismissed Claims Under Fed. R. Civ. P. 54(b). (Doc. No. 60). Through the motion, Plaintiff seeks entry of judgment under Fed. R. Civ. P. 54(b) to allow for immediate appeal of the Court's February 28, 2020 Order (Doc. No. 59). On August 24, 2020, Plaintiff entered a Notice of Appeal. (Doc. No. 65). Accordingly, the Motion for Entry of Judgment (Doc. No. 60) is **MOOT**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE